JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT DOUCETTE, as an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PERFECTVISION MANUFACTURING, INC. d/b/a PERFECT 10 ANTENNA COMPANY, and DOES 1 through 50,<br><br>Defendants. | Case No. 5:21-CV-02029-DSF-SP<br>Assigned to: Hon. Dale S. Fischer<br>Courtroom 7D<br><br>**ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

**ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**ORDER**

1. Pursuant to the parties' Stipulation, the herein matter is dismissed in its entirety, with prejudice.

IT IS SO ORDERED.

DATED: November 9, 2022

*Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

**ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**